**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | **CASE NO. 6:11-CR-00045-RC** |
| v. | § | |
| | § | |
| | § | |
| LEHUA DEANN MAUALA (1) | § | |
| | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

The court referred a petition alleging violations of supervised release conditions to the

Honorable K. Nicole Mitchell, United States Magistrate Judge, at Tyler, Texas, for consideration

pursuant to applicable laws and orders of this court. The court has received and considered the

Report of the United States Magistrate Judge filed pursuant to such order, along with the record,

pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge K. Nicole Mitchell

recommended:

1.  that the court find that the Defendant violated the fifth allegation in the petition that she
    failed to follow a standard condition of release;

2.  that the Defendant's supervised release should be revoked pursuant to 18 U.S.C. § 3583;
    and

3.  the Defendant should be sentenced to a term of 14 months of imprisonment with no
    supervised release to follow.

Neither party has filed objections to Judge Mitchell's Report and Recommendation.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and

the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Lehua Deann Mauala's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

**So Ordered and Signed**

**Sep 14, 2017**

_____
Ron Clark, United States District Judge